UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRYCE ANTHONY JACKSON,

                Plaintiff,

   v.

STATE OF WASHINGTON,

                Defendant.

No. 3:22-CV-5667-TSZ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Chief Magistrate Judge David W. Christel, to which no objection was filed, does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation, docket no. 8.

(2)     This case is DISMISSED for failure to state a claim, and Plaintiff's Motion to Proceed *In Forma Pauperis* (docket no. 1) is DENIED.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant, and to the Hon. David W. Christel.

**DATED** this 3rd day of February, 2023.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1